UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 4:26-cv-40009-MRG

| YVETTE DIGAN, LORDEVER DIGAN & GRAVE DIGAN,<br>Plaintiffs<br><br>v.<br><br>MGP INGREDIENTS, INC., MASSACHUSETTS FINE WINES & SPIRITS, LLC d/b/a TOTAL WINE & MORE, JAMES GIKAS, ANDREW MITCHELL, RICHARD HUGHES, WORCESTER POLYTECHNIC INSTITUTE, PI TAU ELDERS, INC., ZETA PSI FRATERNITY, INC., LUXCO, INC., HENRY PHARRIS and JOHN DOES 1-50,<br>Defendants |
|---|

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Now comes the Plaintiffs, Yvette Digan, Lordever Digan & Grave Digan pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i) and voluntarily dismiss this matter without prejudice.

As of the time of this filing, no defendant has filed an answer or moved for summary judgment and so this dismissal is made without court order and consistent with the rule.

The Plaintiffs reserve the right to refile this action at a later date.

**RESPECTFULLY SUBMITTED,**

The Plaintiffs,
By Their Attorney,

*/s/ David W. Heinlein*

_______________________
David W. Heinlein (BBO#550598)
HEINLEIN BEELER MINGACE & HEINEMAN, PC
276 Union Ave.

Framingham, MA 01702
(508) 626-8500
dheinlein@hbmhlaw.com

January 27, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ David W. Heinlein, Esq.*
_________________________
David W. Heinlein, Esq.